# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ROY C. STRAUGHAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion for an extension of time to file its answer to the Defendant's motion to vacate, etc. under 28 U.S.C. § 2255 (Filing No. 633).

IT IS ORDERED:

1. The government's motion for an extension of time to file its answer to the Defendant's motion to vacate, etc. under 28 U.S.C. § 2255 (Filing No. 633) is granted; and

2. The government shall file its answer on or before March 20, 2008.

DATED this 25th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge