**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR353** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ROY C. STRAUGHAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for an extension of time to "respond" to the Court's Memorandum and Order summarily denying his motion filed under 28 U.S.C. § 2255 (Filing No. 650).

No "response" to a Memorandum and Order summarily denying a § 2255 motion is permitted under applicable rules.

IT IS ORDERED:

1.      The Defendant's motion for an extension of time to (Filing No. 650) is denied; and

2.      The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 9th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge