# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ROY C. STRAUGHAN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to appoint counsel (Filing No. 659).

Counsel has been appointed. (Filing No. 658.)

IT IS ORDERED:

1. The Defendant's motion to appoint counsel (Filing No. 659) is denied as moot; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge