**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR353** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **ROY C. STRAUGHAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence pursuant to crack cocaine Amendment 706 (Filing No. 657). Defense counsel has been appointed but has not yet entered an appearance. (Filing No. 658.) The probation office has prepared a worksheet recommending a reduction.

IT IS ORDERED that the government must file a brief, or the parties must file a joint stipulation within thirty (30) days from the date of this order, regarding the Defendant's potential reduction in sentence pursuant to crack cocaine Amendment 706;

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge