**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:02CR353** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **AMENDED JUDGMENT** |
| | ) | |
| **ROY C. STRAUGHAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Amended Memorandum and Order,

IT IS ORDERED:

1.    The Defendant's motion to reconsider (Filing No. 652) is denied;

2.    The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 motion") (Filing No. 619) is denied;

3.    Specifically, Claim 18 in the § 2255 motion is summarily denied; and

4.    The Clerk is directed to mail a copy of this Amended Judgment to the Defendant at his last known address.

DATED this 4th day of March, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge